Evan Martyndale Livingstone, SBN 252008
182 Farmer's Lane, Suite 100A
Santa Rosa, CA 95405
Tel (707) 571-8600
Fax (707) 676-9112

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

| In Re:<br><br>JASON LARMOUR HOOPER<br><br>    Debtor(s) | Case No. 08-11407<br>Chapter 13<br><br>Date: August 17, 2009<br>Time: 1:30 PM<br>Place:   US Bankruptcy Court<br>         99 South E Street<br>         Santa Rosa, CA 95404<br><br>Judge:  Hon. Alan Jaroslovsky |
|---|---|

## NOTICE OF HEARING

TO ALL CREDITORS AND PARTIES IN INTEREST:

You are hereby notified that at hearing will be held at the United States Bankruptcy Court, 99 South E Street, Santa Rosa, CA 95404, on August 17, 2009, to consider the Debtor's Motion to Modify Confirmed Plan.

Your rights may be affected.  If you fail to appear at the hearing in support of any objection you may have, the Court may enter an order for the relief requested, without further hearing.

Respectfully submitted on July 10, 2009.

*Evan Livingstone*
_____
Evan Livingstone
Attorney for Debtor

---

NOTICE OF HEARING  –  page 1

# United States Bankruptcy Court
## Northern District of California

| | | | |
|---|---|---|---|
| In re | **Jason Larmour Hooper** | Case No. | **08-11407** |
| | Debtor(s) | Chapter | **13** |

## CERTIFICATE OF SERVICE

I hereby certify that on **July 10, 2009**, a copy of

1. NOTICE OF HEARING ON MOTION TO MODIFY PLAN
2. MODIFIED PLAN
3. MOTION TO CONFIRM MODIFIED PLAN

was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Amex**
**Amex**
**Bank Of America**
**Cap One**
**Chase**
**Citi**
**Discover Fin Svcs Llc**
**FOR ADJUSTMENT ONLY**
**HomEQ Servicing**
**HomEQ Servicing/Deutsche Bank**
**Hsbc Bank**
**Hsbc Bank**
**Hsbc/Comp**
**JPMorgan/Chase Auto Finance**
**Mendocino County Tax Collectors Office**
**Sears/Cbsd**
**Thd/Cbsd**

/s/ Evan Martyndale Livingstone
**Evan Martyndale Livingstone**
**Evan Livingstone, Esq**
**182 Farmer's Lane, Suite 100A**
**Santa Rosa, CA 95405**
**(707) 571-8600 Fax:(707) 676-9112**
**evanlivingstone@sbcglobal.net**