

Evan Martyndale Livingstone, SBN 252008
182 Farmers Lane, Suite 100A
Santa Rosa, CA 95405
Tel: (707) 326-7338
Fax: (707) 676-9112

Email: evanlivingstone@sbcglobal.net

**Signed: March 12, 2010**

_____
ALAN JAROSLOVSKY
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

In re:

Jason Larmour Hooper

                Debtor(s)

Case No.: 08-11407
Chapter: 13

### ORDER CONFIRMING MODIFIED CHAPTER 13 PLAN

After a hearing on, December 21, 2009, and it appearing that Modification of the Chapter 13 Plan in this case meets the requirements of §1329 of the Bankruptcy Code and Bankruptcy Rule 3015(g),

**IT IS ORDERED** that the Debtor's Chapter 13 Plan is modified as provided in debtor's MODIFIED CHAPTER 13 PLAN filed on our about OCTOBER 28, 2009 is confirmed.

Approved as to form and content:

_____
David Burchard, Chapter 13 Trustee

Dated: **MAR 10 2010**