Form ODD13

# UNITED STATES BANKRUPTCY COURT
## Northern District of California (Santa Rosa)

| | |
|---|---|
| **In re:**<br>Jason Larmour Hooper<br>P.O. Box 20122<br>Castro Valley, CA 94546–8122<br><br>Debtor(s)<br><br>**Debtor/Joint Debtor Social Security Number(s):**<br>xxx–xx–7607 | **Case Number:** 08–11407 AJ<br>**Chapter:** 13 |

## ORDER DISCHARGING DEBTOR

The plan of the debtor(s) having been fully performed, **IT IS ORDERED as follows**:

The debtor(s) is/are discharged of all debts provided for by the plan except to the extent that applicable federal law provides otherwise.


Dated: 11/27/13                                By the Court:


                                                             Alan Jaroslovsky
                                                            United States Bankruptcy Judge

Doc #65